SLIP OPINION



Cite as 2017 Ark. 223

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE RULES OF COURT CREATING A COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW REGARDING IMMUNITY OF COMMITTEE MEMBERS | **Opinion Delivered:** June 8, 2017 |

**PER CURIAM**

We hereby adopt the following amendment to the Rules of Court Creating A Committee on the Unauthorized Practice of Law effective immediately. The changes are set out in "line-in, line out" fashion (new material is underlined; deleted material is lined through).

RULE VII.  Immunity

(a) The Supreme Court Committee on the Unauthorized Practice of Law, its individual members, its agents, and employees and agents of the Committee are immune from suit or action for their activities in discharge of their duties under these Procedures, to the full extent of judicial immunity in Arkansas.

(b) Except for perjury and false swearing, complainants, respondents, and any other persons providing information to the Committee regarding a complaint are immune from suit or action for all communications with the Committee, its agents, and employees and agents of the Committee.